**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANGELO GONZALEZ,**

           **Plaintiff,**

**-vs-**                                   **Case No. 6:07-cv-627-Orl-31UAM**

**THE PEP BOYS-MANNY, MOE & JACK, INC.,**

           **Defendant.**
_____

## ORDER

This cause comes before the Court on the Plaintiff's Motion for Default Judgment(Doc. No. 11) filed September 20, 2007.

On December 27, 2007, the United States Magistrate Judge issued a report (Doc. No. 19) recommending that the motion be denied and the case be dismissed for lack of prosecution. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is **DENIED**.

3. The Default entered on May 29, 2007 (Doc. No. 6) is hereby **VACATED** and set aside. The case is dismissed without prejudice for failure to prosecute. All pending motions are denied as moot and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 15th day of January, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE